# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**AMOS WEATHERSPOON,**

    **Plaintiff,**

**v.**                                                               **Case No. 3:13cv360/RV/CJK**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case filed under 42 U.S.C. § 1983 is before the court upon referral from the clerk. On November 1, 2013, the court entered an order (doc. 9) finding plaintiff's civil rights complaint deficient and directing plaintiff to file, within thirty days, either a notice of voluntary dismissal or an amended complaint. To date, plaintiff has not complied with the order, and has not responded to the court's December 11, 2013 order (doc. 10) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.[1]

---

[1] A copy of the show cause order was mailed to plaintiff at his address of record (the Escambia County Jail) and, when that mail was returned as undeliverable, to plaintiff's release address indicated on the Escambia County Jail's Inmate Lookup website. Plaintiff has not notified the court of his current mailing address.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 21st day of January, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).