IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMOS WEATHERSPOON,

    Plaintiff,

v.                              Case No. 3:13cv360/RV/CJK

STATE OF FLORIDA, et al.,

    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 21, 2014 (doc. 12), pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court. No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3. The Clerk is directed to close the file.

DONE AND ORDERED this 20th day of February, 2014.

                                /s/ *Roger Vinson*
                                **ROGER VINSON**
                                **SENIOR UNITED STATES DISTRICT JUDGE**